20985. ALABAMA GREAT SOUTHERN RAILROAD CO. *v.* FORESTER.

BLOODWORTH, J. "The statutory presumption of negligence, arising on proof of the killing by the running of the locomotive and cars of the railroad company, was fully rebutted by positive and uncontradicted evidence, and the verdict for the plaintiff was contrary to law. The judge of the superior court erred in overruling the certiorari. *Macon & Birmingham R. Co.* v. *Revis*, 119 *Ga.* 332 [46 S. E. 418]; *Macon, Dublin & Savannah R. Co.* v. *Wood*, 3 *Ga. App.* 197 [59 S. E. 595]." *Central of Georgia Ry. Co.* v. *O'Neal*, 11 *Ga. App.* 461 (75 S. E. 674); *Alabama Great Southern R. Co.* v. *Capeley*, 39 *Ga. App.* 98 (146 S. E. 326).

*Judgment reversed. Broyles, C. J., and Luke, J., concur.*

DECIDED MARCH 31, 1931.

*B. T. Brock, Maddox, Sapp & Maddox,* for plaintiff in error.